IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| AARON OBEGINSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-007 |
| | ) | |
| SERGEANT BEATTIE; MRS. HARDY; NURSE HATTIE; SGT. GREER, Unit Manager; OFFICER WEST; CORPORAL WATSON, Deputy Warden; LAKISHA FRANKLIN, Deputy Warden; SHERIFF'S CPL. FORD, Building Officer; and DR. CHAVEZ, Lead Investigator, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 26.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice as a sanction for Plaintiff's abuse of the judicial process, **DENIES AS MOOT** Plaintiff's motion for reconsideration, (doc. no. 16), motion for extension to comply, (doc. no. 18), motion for service of summons and complaint, (doc. no. 20), motion for injunctive relief, (doc. no. 21), third motion for appointment of counsel, (doc. no. 22), and motion for a temporary restraining order, (doc. no. 23), and **CLOSES** this civil action.

SO ORDERED this 19th day of July, 2022, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE