IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

AARON OBEGINSKI,                          *
                                          *
        Plaintiff,                        *
                                          *
    v.                                    *      CV 322-007
                                          *
SERGEANT BEATTIE, et al.,                 *
                                          *
        Defendants.                       *

---

**O R D E R**

---

Plaintiff Aaron Obeginski, a state prisoner, originally filed this case in the Middle District of Georgia in December 2021. He did not pay the required filing fee. The United States Magistrate Judge transferred the case to this district on January 20, 2022. No further action was taken by the Middle District, and no fees were collected in that court.

On February 11, 2022, Plaintiff filed a motion for leave to proceed *in forma pauperis*. By Order of February 14, 2022, Magistrate Judge Brian K. Epps informed Plaintiff that he must pay the _full_ filing fee through his Inmate Account, albeit in partial payments, unless he voluntarily dismissed his case. (Doc. No. 12, at 3 ("[A] voluntary dismissal will not require Plaintiff to pay the filing fee . . . .").) This Order also unequivocally provides:

"Plaintiff must also pay the full appellate court filing fee if a Notice of Appeal is filed." Id. at 2.

Rather than file a voluntary dismissal, Plaintiff subsequently filed a Prison Trust Fund Account Statement and a Consent to Collection of Fees from Trust Account (Doc. No. 9). The Clerk is directed to attach this Consent, dated March 11, 2022, to the service copy of this Order.

Ultimately, the case was dismissed on July 19, 2022. Plaintiff filed a Notice of Appeal and therefore incurred an appellate filing fee, which is collected through the district court along with the original district court filing fee. Thus, Plaintiff owes $955 (district court filing fee of $350 in addition to the appellate court filing fee of $605).[1]

Upon appeal, the Eleventh Circuit issued a notice of default in a letter dated November 16, 2022. Therein, the appellate court warned Plaintiff that his appeal would be dismissed in 14 days if he did not pay the appellate filing fee or move in the district court for relief from the obligation to prepay the filing fee. (Doc. No. 35.) Plaintiff did neither. The Eleventh Circuit dismissed his appeal for failure to prosecute. The dismissal, however, did not relieve Plaintiff of his obligation to pay the district court or the appellate court's filing fee.

---

[1] Plaintiff has paid $434 to date.

2

From time to time, the Court has received payments from Plaintiff's inmate account in partial satisfaction of his filing fees. On May 5, 2026, Plaintiff filed a motion for temporary restraining order, seeking to stop the collection of fees and demanding a refund. Specifically, Plaintiff states that he never consented to the collection of fees in this case. (Doc. No. 38 ("Required forms for a prisoners civil lawsuit were never filed . . . .").) Plaintiff is patently wrong. The fees were assessed, as Magistrate Judge Epps warned they would be if he did not voluntarily dismiss the case, and Plaintiff consented to the collection of fees from his inmate trust account. Accordingly, Plaintiff's motion for temporary restraining order (doc. no. 38) is **DENIED**.

The Clerk is directed to serve a copy of this Order upon Plaintiff's current custodian, the Warden of Augusta State Medical Prison, to ensure that **no more than** Plaintiff's remaining balance of **$521** is collected henceforth from his trust fund account and forwarded to the Clerk for payment of filing fees.

**ORDER ENTERED** at Augusta, Georgia this ___17th___ day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE

3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

John E. Triplett
Clerk of Court

OFFICE OF THE CLERK
P.O. Box 1130
Augusta, Georgia   30903

(706)849-4400

U.S. ___ ___ RT

2 ___ ___ 09

AARON OBEGINSKI,

Plaintiff,

v.

SGT. GREER, Unit Manager; OFFICER WEST; CORPORAL WATSON, Deputy Warden; LAKISHA FRANKLIN, Deputy Warden; SHERIFF's CPL. FORD, Building Officer; and DR. CHAVEZ, Lead Investigator,

CASE NUMBER:   CV322-007

Defendant.

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

As a condition to proceeding with this lawsuit, I hereby consent for the appropriate prison officials to withhold from my prison account and pay to the Court an initial partial filing fee equal to 20 percent of the greater of

(a) the average monthly deposits to my account, or

(b) the average monthly balance in my account

for the six-month period immediately preceding the filing of my complaint.  I understand that I may not withdraw any monies from my account until this initial payment has been paid.

After the payment of any initial partial filing fee, I further consent for the appropriate prison officials to collect from my account on a continuing basis each month an amount equal to 20 percent of all deposits credited to my account,  Each time the set aside amount reaches $10.00, the trust officer shall forward the payment to:

Clerk's Office, United States District Court
P.O. Box 1130
Augusta, Georgia   30903

until such time as the $350.00 filing fee is paid in full.

By executing this document, I also authorize collection on a continuing basis of any additional costs which may be imposed by the Court.

Date: March 11, 2022

Plaintiff's Signature: _____

Plaintiff's Prison No: 1000357597